| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 16 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

TWITTER, INC.,

      Plaintiff-Appellant,

 v.

MERRICK B. GARLAND, Attorney General; et al.,

      Defendants-Appellees.

No.   20-16174

D.C. No. 4:14-cv-04480-YGR
Northern District of California, Oakland

ORDER

Before: BEA, BRESS, and VANDYKE, Circuit Judges.

    Judges Bress and VanDyke voted to deny the petition for rehearing en banc, and Judge Bea so recommended. The petition for rehearing en banc was circulated to the judges of the Court, and no judge requested a vote for en banc consideration. Fed. R. App. P. 35. The petition for rehearing en banc, Dkt. No. 57, is **DENIED**.